FILED
CLERK, U.S. DISTRICT COURT
APR 14 2015
CENTRAL DISTRICT OF CALIFORNIA
BY___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 04-0732-RSWL-9 |
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/<br>) Supervised Release Conditions) |
| TERRENCE PRUITT, | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. (✗) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will not refrain from criminal activity; possible substance abuse_

(B) (✗) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will obey conditions; also, no bail resources._

IT IS ORDERED that defendant be detained.

DATED: 4/14/15

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE