FILED
CLERK U.S. DISTRICT COURT
AUG 19 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

TERRENCE PRUITT, Defendant.

CR 04-00732-RSWL

ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply with release conditions. Also, defendant's criminal history of substance abuse cannot pose risk to the safety of community.

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply w/conditions. Also, no bail resources, continued substance abuse.

IT IS ORDERED that defendant be detained.

DATED: 8/19/16

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE